**Henry CLARK et al., Appellants, v. STATE of Texas et al., Appellees.**

**No. 10828.**

Court of Civil Appeals of Texas. Dallas.
Jan. 17, 1931.

Rehearing Denied Feb. 14, 1931.

McEntire, Shields & Elam, of Canton, and Beall & Beall, of Sweetwater, for appellants.

Vinson, Elkins, Sweeten & Weems, of Houston, and Wynne & Wynne, of Wills Point, for appellees.

JONES, C. J.

This is a companion case of Cone Johnson Clark et al. v. State of Texas et al., 35 S.W. (2d) 488, this day decided by this court. The questions involved on this appeal are identical with the questions involved on the appeal in the other case, and we therefore enter the same order, reversing and remanding this case for a new trial on its merits.

The Cone Johnson Clark Case, supra, is referred to for a statement of the issues and the reason for the order herein entered.

Reversed and remanded.